IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHRIS GRINDLING, | ) | CV. NO. 06-00461 DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROCKWELL SILVA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER GRANTING DEFENDANT ROCKWELL SILVA'S MOTION FOR RECONSIDERATION OR CLARIFICATION AND ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant Rockwell Silva's Motion for Reconsideration or Clarification, the Court GRANTS Defendant's Motion for Reconsideration or Clarification of the Court's Order Denying in Part and Granting in Part Defendant Rockwell Silva's Amended Motion for Summary Judgment, filed May 31, 2007, because the County of Maui is not a named party to this action. The Court granted summary judgment on all claims, except those relating to the County of Maui and Plaintiff's unlawful search and seizure allegation. Because the County of Maui is not a named party to the instant action, the Court dismisses all claims against the County of Maui. Thus, the only

remaining claim would have been Plaintiff's unlawful search and seizure allegation.

Nonetheless, in light of the Finding and Recommendation having been filed and served on all parties on July 9, 2007, with no objections having been filed by any party, the Court

HEREBY ORDERS AND ADJUDGES that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation that Defendant's Motion for Sanctions be Granted and Plaintiff's Case be Dismissed," is adopted as the opinion and order of this Court. Plaintiff's case is hereby DISMISSED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 26, 2007.



David Alan Ezra
United States District Judge

Chris Grindling v. Rockwell Silva, et al., Civil No. 06-00461 DAE-BMK; ORDER GRANTING DEFENDANT ROCKWELL SILVA'S MOTION FOR RECONSIDERATION OR CLARIFICATION AND ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION